**HM ELECTRONICS, INC.,**
*Plaintiff–Appellant,*

v.

**MINNESOTA MINING AND MAN-UFACTURING COMPANY,**
**Defendant–Appellee.**

**No. 02–1037.**

United States Court of Appeals, Federal Circuit.

July 17, 2002.

Before NEWMAN, Circuit Judge, PLAGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED. See* Fed. Cir. R. 36